# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**BRUCE HEARD, JR.**
**ADC #168843**                                                                              **PETITIONER**

v.                    **Case No. 2:19-cv-00015 KGB-JTR**

**ST. FRANCIS COUNTY**                                                                         **RESPONDENT**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 2). Plaintiff Bruce Heard, Jr. filed an objection, which is a copy of his petition for writ of habeas corpus (Dkt. Nos. 1, 3). After careful consideration of the Recommended Disposition, Mr. Heard's objection, and a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings (Dkt. No. 2). Accordingly, the Court dismisses without prejudice Mr. Heard's petition for writ of habeas corpus (Dkt. No. 1).

A certificate of appealability is denied, pursuant to 28 U.S.C. § 2253(c)(1)-(2); Rule 11(a), Rules Governing § 2254 Cases in United States District Courts.

It is so ordered this 12th day of May, 2020.

Kristine G. Baker
United States District Judge