IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**BRUCE HEARD, JR.**
**ADC #168843**                                                               **PETITIONER**

v.                   **Case No. 2:19-cv-00015 KGB-JTR**

**ST. FRANCIS COUNTY**                                         **RESPONDENT**

### JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Bruce Heard Jr.'s petition for writ of habeas corpus is dismissed without prejudice (Dkt. Nos. 1). A certificate of appealability is denied, pursuant to 28 U.S.C. § 2253(c)(1)-(2); Rule 11(a), Rules Governing § 2254 Cases in United States District Courts.

It is so adjudged this 12th day of May, 2020.

                                                                        _____
                                                                        Kristine G. Baker
                                                                        United States District Judge